FILED
2019 NOV 19 PM 3:30
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 1:19 CR 718 |
| v. | ) | CASE NO. |
| DETTRICK WALKER, | ) | Title 18, United States Code, Sections 922(g)(1), 924(a)(2), 924(c)(1)(A)(i); Title 21, United States Code, Sections 841(A)(1) and (b)(1)(C) |
| Defendant. | ) | JUDGE LIOI |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2)))

The Grand Jury charges:

That on or about May 7, 2019, in the Northern District of Ohio, Eastern Division, Defendant DETTRICK WALKER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Sexual Battery on or about January 30, 2013 in Case Number CR-12-558726 in Cuyahoga Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson Bodyguard .380 caliber handgun, serial number KBE1714, and eleven (11) rounds of ammunition bearing headstamp BLAZER .380 AUTO said firearm and ammunition having shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

COUNT 2
(Possession with Intent to Distribute Tetrahydrocannabinol (THC) 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

On or about May 7, 2019, in the Northern District of Ohio, Eastern Division, Defendant DETTRICK WALKER, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of tetrahydrocannabinol, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with Intent to Distribute Tetrahydrocannabinol (THC) 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

On or about June 26, 2019, in the Northern District of Ohio, Eastern Division, Defendant DETTRICK WALKER, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of tetrahydrocannabinol, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

That on or about May 7, 2019, in the Northern District of Ohio, Eastern Division, Defendant DETTRICK WALKER, did knowingly possess a firearm, that is a Smith and Wesson Bodyguard .380 caliber handgun, serial number KBE1714, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with

intent to distribute tetrahydrocannabinol, as charged in counts 2 and 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.